THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN ROGALSKI, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.

Submitted November 15, 1943; decided November 24, 1943.

Motion to amend remittitur denied. The only question of constitutional law considered and determined by the court was whether the refusal to permit the appellant to challenge by habeas corpus the validity of his conviction, was not a denial of due process. (See 290 N. Y. 751.)